No. 97–1008.  CLEVELAND *v.* POLICY MANAGEMENT SYSTEMS CORP. ET AL.  C. A. 5th Cir.  Certiorari granted limited to the following questions: "1. Whether the application for, or receipt of, disability insurance benefits under the Social Security Act, 42 U. S. C. § 423, creates a rebuttable presumption that the applicant or recipient is judicially estopped from asserting that she is a

'qualified individual with a disability' under the Americans with Disabilities Act of 1990 (ADA), 42 U. S. C. § 12101 *et seq.* 2. If it does not create such a presumption, what weight, if any, should be given to the application for, or receipt of, disability insurance benefits when a person asserts she is a 'qualified individual with a disability' under the ADA?"